FILED JUN 23 '23 PM 4 :54 USDCALS

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA

Shavondria L. Jackson  :

       Plaintiff,  :

vs.  :  Civil Action No. 23-cv-237-JB-MU

   :

East Coast Migrant Head  :
       Defendant(s) Start Project  :

## COMPLAINT

1.  Plaintiff resides at 82 Border Circle E , Mobile, AL 36608

2.  Name(s) of defendant(s) East Coast Migrant Head Start Project

3.  Location of principal office(s) of the named defendant(s) 851 East Interstate 65 Service Road South, Suite 500, Mobile, AL 36608

4.  Nature of business of defendant(s) Early Childhood Service

5.  Approximate number of individuals employed by defendant(s) 400+ Nationwide

6.  The acts complained of in this suit concern:

    (A) _____ Failure to employ me.

    (B) __✔__ Termination of my employment.

    (C) __✔__ Failure to promote me.

    (D) __✔__ Other acts as specified below: Discrimination based on sex, retaliation and disability

Rev. 8/2015

7.  Plaintiff is:

    (A) _____ Presently employed by the defendant.

    (B) __✓__ Not presently employed by the defendant.

        The dates of employment were _08/16/21 – 8/31/22_

        (1) __✓__ Plaintiff was discharged. via phone call by HR director Charles Burton. (with possibility of reapplying)

        (2) _____ Plaintiff was laid off.

        (3) _____ Plaintiff left the job voluntarily.

8.  Defendant(s) discriminated against me on account of my:

    (A) _____ Race           __✓__ Sex

        _____ Color         _____ National Origin

        _____ Religion

    Therefore, I am bringing this action for employment discrimination pursuant to Title VII of the Civil Rights Act of 1964, specifically, 42 U.S.C. § 2000e-5.

    (B) __✓__ Physical disability

        __✓__ Mental disability

    Therefore, I am bringing this action pursuant to the American with Disabilities Act, specifically, 42 U.S.C. § 12117.

    (C) _30_ Age

    Therefore, I am bringing this action pursuant to the Age Discrimination in Employment Act of 1967, specifically, 29 U.S.C. § 626.

9.  The name(s), race, sex, and the position or title of the individual(s) who allegedly discriminated against me during the period of my employment with the defendant company is (are) _Tempestt Powell and Charles Burton_

10. The alleged discrimination occurred on or about _September 2021 - 8/31/22_

11. The nature of my complaint, i.e., the manner in which the individual(s) named above

discriminated against me in terms of the conditions of my employment, is as follows: _I have been discriminated against because of pregnancy in violation of Title VII. I have been retaliated against in my demotion and in my termination. I was also denied reasonable accommodations in violation of the Americans with Disabilities Act._

_(PLEASE REFER TO DETAILS DOCUMENTED IN THE EEOC CHARGE OF DISCRIMINATION filed on 09/07/2022) Plantiff has numerous witnesses who were formerly employed at the Semmes, AL location during the time of Plantiff's employment with defendent._

12.    The alleged illegal activity took place at _Mobile, Alabama (at the Semmes Center location)_

13.    I filed charges with the Equal Employment Opportunity Commission regarding alleged discriminatory conduct by defendant(s) on or about _09/07/2022_

I have attached a copy of the Notice-of-Right-to-Sue letter issued by the Equal Employment Opportunity Commission.  This letter was received by me on _September 2022_

14.    I seek the following relief:

(A) __✓__ Recovery of back pay.

(B) __✓__ Reinstatement to my former job, and any other relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.


Date: _06/23/2023_

_Bhavondric Dobson_
Signature of Plaintiff

_82 Border Circle E_

_Mobile, AL 36608_
Address of Plaintiff

_(251) 508 - 3044_
Telephone Number of Plaintiff

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Mobile Local Office**
63 South Royal Street, Suite 504
Mobile, AL 36602
(251) 304-7920
Website: www.eeoc.gov

## DISMISSAL AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161 & 161-A)

**To:** Shavondria Jackson
82 Border Circle East
Mobile, AL 36608

Charge No: 425-2022-01634

EEOC Representative and email:   CYNTHIA WILSON
Investigator
cynthia.wilson@eeoc.gov

## DISMISSAL OF CHARGE

The EEOC has granted your request for a Notice of Right to Sue, and more than 180 days have passed since the filing of this charge.

The EEOC is terminating its processing of this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 425-2022-01634.

On behalf of the Commission,

**Erika
LaCour**

Digitally signed by Erika
LaCour
Date: 2023.03.30
14:29:44 -05'00'

Erika LaCour
Mobile Local Office Director

**cc:**


Charles  Burton
East Coast Migrant Head Start Program
2301 Sugar Bush Road
Raleigh, NC 27612

Christina M Malmat
The Kress Building 301 19th Street North
Birmingham, AL 35203


Please retain this notice for your records.

| CHARGE OF DISCRIMINATION<br><br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☐ EEOC | Agency(ies) Charge No(s):<br><br>425-2022-01634 |
|---|---|---|
| | | and EEOC |

State or local Agency, if any

| Name (Indicate Mr., Ms., Mrs.)<br>Shavondria Jackson | Home Phone (Incl. Area Code)<br>(251) 508-3044 | Date of Birth<br>█████ 1993 |
|---|---|---|
| Street Address                      City, State and ZIP Code<br>82 Border Circle E, Mobile, AL 36608 | | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two are named, list under PARTICULARS below.)

| Name<br>East Coast Migrant Head Start Project | No. Employees, Members<br>Over 25 | Phone No. (Incl. Area Code)<br>(251) 415-5002 |
|---|---|---|
| Street Address                      City, State and ZIP Code<br>851 East Interstate 65 Service Road South, Suite 506, Mobile, AL 36608 | | |
| Name<br>EEOC MLO<br>Received 9/7/2022 | No. Employees, Members | Phone No. (Incl. Area Code) |
| Street Address                      City, State and ZIP Code | | |

| DISCRIMINATION BASED ON (Check appropriate box(es).) | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| ☐ RACE      ☐ COLOR      ☒ SEX      ☐ RELIGION      ☐ NATIONAL ORIGIN<br>☒ RETALIATION      ☐ AGE      ☒ DISABILITY      ☐ GENETIC INFORMATION<br>☐ OTHER (Specify) | Earliest              Latest<br>Sep 9, 2021<br><br>☒ CONTINUING ACTION |

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I am a female. I started working at Respondent on 8/16/2021 as a Teaching Assistant. In September 2021, I was offered a position as a Family/Community Partnership Specialist. I interviewed for the position, however, after informing Respondent I was pregnant, I never heard anything further about the position. I worked in the Preschool classroom. In December 2021, I found out that my pregnancy was high risk ████████████████████. On 1/4/22, I informed the former director, Ilsy Gray, and current director, Tempestt Powell, that my pregnancy was high risk and that I would have weekly doctor's appointments that I would need to go to. I sent documentation from these visits to Respondent. On 2/15/22 I was suddenly switched from the preschool classroom to the infant classroom. I was very concerned about this as I knew that it would be more physically demanding and it would have me bending and lifting more often, as infants are not as independent as preschoolers. On 2/15/22 I emailed Powell and asked if the change in classroom was temporary or permanent. I also told her that if the move was going to be permanent, that "I [would] need, physical accommodations...my-high risk pregnancy poses various physical restriction. Powell responded that they had not received the statement from my doctor. I immediately had my doctor send my limitations, which include: unable to lift greater than 10 pounds, no excessive bending or stooping, frequent breaks needed to allow me to be off my feet, needs to maintain proper hydration, and frequent restroom breaks. I also requested an additional rocking chair and a dustpan with a standing handle, so I did not have to bend over. I had one of these in the preschool classroom. I also informed Powell that I was currently lifting substantially more in the infant room than I did in the preschooler room. Powell responded and stated that the infant room had an adult bathroom in it, which is not entirely true. There is a toilet and a sink, without hot water, in a storage room. Additionally, she stated that she could not get a standing dustpan due to funding and resources, however she could have just switched the preschool and infant classroom dustpans to accommodate my request. Respondent was aware of the high-risk nature of my pregnancy and when my projected due date was, as this information can be obtained through the medical documentation I gave them after my weekly to bi-weekly appointments. It was not until the last day, which was an in-service day with no children at the center, that I was removed from the infant room. There were other non-pregnant teaching assistants, that did not request accommodations that could have been moved to the infant room. My medical leave was from 4/1/22 to 7/1/22. (continued on next page)

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State or Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 09/07/2022                   *Shavondria Jackson*<br>Date         SignNow e-signature ID: b082f209b2...<br>            09/07/2022 17:16:43utc Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year) |

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA ☐ EEOC | |

and EEOC

_State or local Agency, if any_

THE PARTICULARS ARE *(if additional paper is needed, attach extra sheet(s)):*

After my daughter was born, she had to have numerous surgeries and fought many infections until she ultimately passed on 5/30/2022. I filled out a leave extension as I was seeking bereavement care. I felt like it was needed if I was going to be working with children, so soon after losing my own. I requested the extension though the insurance company. I did not hear anything regarding the extension until 8/31/22, when I got a call from out corporate HR, Mr. Burton. He told me that I was supposed to return to work on 8/26/22, and that the insurance company had mailed me documents with this information. I never received these documents. I immediately called the insurance company to figure out what happened. The insurance company told me that no decision had been made regarding my leave extension as Respondent had not returned an ADA form. I have been informed that I am going to be terminated. Additionally, Powell has made comments about pregnant workers being an inconvenience to the company. I have been discriminated against because of pregnancy, in violation of Title VII. I have been retaliated against in my demotion and in my termination. I was also denied reasonable accommodations in violation of the Americans with Disabilities Act.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State or Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| 09/07/2022 _Shavondria Jackson_ SignNow e-signature ID: 71704b2558 Date        09/07/2022 17:16:48 UTC Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |